IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Henry Morgan, et al., | Misc. No. C 05-80182 CRB |
| Plaintiffs, | **ORDER DENYING MOTION** |
| v. | |
| Joslyn Manufacturing Co., et al., | |
| Defendant. | |

Now pending before the Court is the motion of petitioner Vera S. Byers, M.D. to quash a third party subpoena and for sanctions, as well as respondent Joslyn Manufacturing Company's motion to file a surreply. Josylyn's motion to file a surreply is GRANTED and Dr. Byers' motion to quash is DENIED as moot. Her request for sanctions is also DENIED. Petitioner has not established that sanctions in connection with the subpoena are warranted.

**IT IS SO ORDERED.**

Dated: October 11, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\80182misc\orderdenyingmotion.wpd